FILED

11/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0377

MICHAEL HUMMERT,

       Plaintiff and Appellee,

   v.                             O R D E R

JERRY CHRISTISON,

       Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 12(1)(i) requires appellants to attach an appendix including the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken, together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support.

After reviewing the Appellant's opening brief filed on November 13, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Appellant's brief contains no appendix to the judgment or order appealed.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court the opening brief with an appendix as necessary to comply with the specified Rule and that the Appellant shall serve copies of the brief with appendix on all parties of record;

IT IS FURTHER ORDERED that pursuant to the Temporary Electronic Filing Rule 12(a)(4), the seven paper copies of the Appellant's Opening brief must comply with Rule 12(1)(i), M. R. App. P., including copies of the orders and judgments from which

the appeal is taken;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 13 2020